**FILED**
U.S. District Court
District of Kansas

MAY 1 2 2023

Clerk, U.S. District Court
BY—————— Deputy Clerk

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| William Oscar Ward | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | |
| | ) | Civil Action No.   6:23-cv-1091-HLT-GEB |
| | ) | |
| Wesley Medical Center LLC ("Wesley") | ) | |
| HCA Healthcare Inc. ("HCA") | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## COMPLAINT AND JURY DEMAND

### *Parties*

1. The Plaintiff, William Oscar Ward, (hereinafter referred to as the "Plaintiff"), is a natural person with a residential address of 928 E. 52nd St S, Wichita, KS 67216.

2. The Defendant, Wesley Medical Center LLC ("Wesley"), (collectively, Defendant's), is a corporation located 550 N. Hillside, Wichita, KS 67214.

3. The Defendant, HCA Healthcare, Inc ("HCA"), (collectively, Defendant's), is a corporation located 1 Park Plaza, Nashville, TN 37203-6527.

4. This Court has jurisdiction over the claims set forth herein pursuant to Family Medical Leave Act (FMLA), 29 U.S.C. § 2611 et. seq. and Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 et seq), (ADA), on the ground that this court has original diversity jurisdiction, and the amount in controversy exceed $75,000.00.

### *Factual Background*

5. Plaintiff was hired as a Maintenance Mechanic by the Defendant's on or about March 23, 2020, until his termination on May 14, 2021.

6. Plaintiff has been discriminated and retaliated against by Wesley Medical Center LLC ("Wesley") and HCA Healthcare, Inc. ("HCA") (collectively "Employers") based on his diagnosed disability, which is an anxiety disorder for which he is prescribed medication.

7. Defendant, Wesley is owned by Defendant, HCA, which upon information and belief imposes rules and regulations concerning Wesley's employment practices, including Wesley's HR policies and procedures.

8. In March of 2021, Plaintiff's superiors nominated him for the HCA "All-Star" award which is given annually to an employee who provides outstanding service to the community and demonstrates a commitment to quality patient care and expertise in their field.

9. Plaintiff believes he performed his job well.

10. In mid-April of 2021, a little more than a year after Plaintiff was nominated for the "All-Star" award, he suffered a flare up of his anxiety disorder.

11. Plaintiff filed for FMLA leave which was first approved through May 3, 2021, and then extended to May 24, 2021.

12. On May 12, 2021, Defendant's representative from HCA's human resources department, Lisa Clark, sent Plaintiff an email stating that if he did not physically report to the human resources department for a meeting on May 14, 2021, *while Plaintiff remained disabled and on approved FMLA leave*, he would be fired.

13. Plaintiff was under the care of his health care provider, appropriately absent from work, and unable attend the meeting – facts which the Defendant's (Employers), including his immediate supervisors, knew.

14. Nonetheless, Plaintiff was fired on May 14, 2021, as Ms. Clark had threatened, because he was disabled and unable to attend the meeting.

15. Plaintiff have been discriminated against based on his disability, and was retaliated against based upon his disability, in violation of the Americans with Disabilities Act, as Amended, and various other state and federal laws including the FMLA. Plaintiff also believe Defendant's discrimination and retaliation may fall within a larger pattern and practice of wrongdoing that has been directed against other similarly situated employees.

16. On approximately February 14, 2022, Plaintiff filed charges with the Unites States Equal Employment Opportunity Commission ("EEOC"), within 300 days of the acts constituting discrimination and retaliation as set forth in this Complaint.

17. The Plaintiff pursued his above administrative remedies, which he has exhausted. The EEOC gave the Plaintiff a Right-to-Sue letter dated May 10, 2023, and, therefore, his ADA claim is timely filed.

## COUNT I

## Americans with Disabilities Act ("ADA") - Real or Perceived Disability Discrimination and Harassment)

18. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

19. The Plaintiff was treated adversely because of his disability.

20.  The Plaintiff requested reasonable accommodations for his disability, and the Defendant took adverse action against the Plaintiff for requesting such accommodations.

21. The Plaintiff was harassed based upon his disability and/or medical condition.

22. The Plaintiff's employment with the Defendant was discharged, and his employment with the Defendant was otherwise adversely affected based upon the Plaintiff's disability and/or medical condition.

23. The Plaintiff is a qualified disability person.

24. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, William Ward, respectfully requests a judgment against the Defendant and for all damages available pursuant to the ADA.

### Count II

### (ADA - Retaliation)

25. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

26. The Plaintiff was treated adversely because of his disability and medical condition.

27. The Plaintiff reported and/or resisted the discrimination against him based upon his disability.

28. The Plaintiff's employment with the Defendant was discharged, and his employment with the Defendant was otherwise adversely affected based upon the Plaintiff's disability and/or medical condition and his reporting and/or resisting the discriminatory practices of the Defendants.

29. The Plaintiff was severely and adversely affected by the conduct of the Defendants and the failure of the Defendants to take reasonable steps to ensure that this discriminatory conduct would not occur and/or continue.

WHEREFORE, the Plaintiff, William Ward, respectfully requests a judgment against the Defendant and for all damages available pursuant to the ADA.

### *Count III*

### **(Family and Medical Leave Act ("FMLA") - Enforcement)**

30. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

31. The Plaintiff's employment with the Defendant was terminated, and his employment with the Defendant was otherwise adversely affected based upon the Plaintiff's requests for leave and for him invoking his rights under the FMLA.

32. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that the Plaintiff's FMLA rights were made available to him.

33. The conduct of the Defendant amounts to a clear intentional and willful violation of the relevant provisions of the FMLA as cited above.

WHEREFORE, the Plaintiff, William Ward, respectfully requests a judgment against the Defendant and for all damages available pursuant to the relevant provisions the FMLA.

### *Count IV*

**(FMLA--Retaliation)**

34. The Plaintiff incorporates herein the previous allegations set forth in this Complaint.

35. The Plaintiff believes that he was terminated based upon his attempts to invoke his rights under the FMLA.

36. The Plaintiff was severely and adversely affected by the conduct of the Defendant and the failure of the Defendant to take reasonable steps to ensure that the Plaintiff's rights were made available to him under the FMLA. The conduct of the Defendant amounts to intentional and willful violations of the FMLA.

WHEREFORE, the Plaintiff, William Ward, respectfully requests judgment against the Defendant and for all damages available pursuant to the relevant provisions of the FMLA.

THE PLAINTIFF DEMANDS A JURY TRIAL ON ALL COUNTS SO TRIABLE IN THE FEDERAL COURT PURSUANT TO RULE 38 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

Respectfully submitted,

The Plaintiff
William Oscar Ward
928 E. 52nd St S
Wichita, KS 67216
PH: 316.293.9713
Email: woward1986@yahoo.com
Date: May 12th, 2023

Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

)
)
William Oscar Ward )
)
)
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
Wesley Medical Center LLC ("Wesley") )    Case Number: _____
Name )                 (To be assigned by Clerk)
)
550 N. Hillside St )
Street and number )
)
Wichita     KS     67214 )
City     State     Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.    This employment discrimination lawsuit is based on (check only those that apply):

☐    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☑    American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☐ Other (Describe)

_____

_____

_____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____

(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur?   Please give the date or time period:

05/12/21 _____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☑ Yes     Date filed: _____02/14/2022_____
☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: _____02/14/2022_____
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☑ Yes  ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☐ fewer than 60 days have passed since I filed my charge of age discrimination with

2

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Kansas City Area Office**
400 State Ave, Suite 905
Kansas City, KS 66101
(913) 340-8810
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/10/2023

**To:** William Ward
928 E. 52nd St S
Wichita, KS 67216

Charge No: 563-2022-01250

EEOC Representative and email:    Joseph Rodriguez
Investigator
joseph.rodriguez@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2022-01250.

On behalf of the Commission,

Digitally Signed By: David Davis
05/10/2023
David Davis
Acting District Director

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8.  The conduct complained of in this lawsuit involves (check only those that apply):

☐ failure to hire me
☑ termination of my employment
☐ failure to promote me
☑ failure to accommodate my disability
☐ terms and conditions of my employment differ from those of similar employees
☑ retaliation
☑ harassment
☐ reduction in wages
☐ other conduct (specify):

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

☑ Yes      ☐ No

9.  I believe that I was discriminated against because of (check all that apply):

☐ my race or color, which is _____
☐ my religion, which is _____
☐ my national origin, which is _____
☐ my gender, which is ☐ male; ☐ female
☑ my disability or perceived disability, which is Anxiety Disorder _____
☐ my age (my birth year is: _____)
☐ other: _____

Did you state the same reason(s) in your charge of discrimination?
☑ Yes      ☐ No

10. State here, as briefly and clearly as possible, the essential facts of your claim.  Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct.  Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

1) William Ward was hired as a Maintenance Mechanic by Wesley and HCA on March 23, 2020 until his termination on

May 14, 2021. 2) In Mid-April of 2021, a little more than a year after Plaintiff was nominated for the "All-Star" award, he

suffered a flare up of his anxiety disorder. 3) Plaintiff filed for FMLA leave which was first approved through May 3, 2021,

and then extended to May 24, 2021. 4) On May 12, 2021, Defendant's rep from Human resources department, Lisa Clark

sent Plaintiff an email stating that if he did not physically report to the human resources department meeting on May 14,

2021, while Plaintiff remain disabled and on approved FMLA leave, he would be fired. 5) Plaintiff was under the care of his

provider, appropriately absent from work, and unable to attend the meeting - facts which Defendant's (Employers),

including immediate supervisors, knew. Nonetheless, Plaintiff was fired on May 14, 2021, as Ms. Clark had threatened,

because he was disabled and unable to attend the meeting.

(Attach additional sheets as necessary).

11.   The acts set forth in paragraph 10 of this complaint:
      ☐ are still being committed by Defendant.
      ☐ are no longer being committed by Defendant.
      ☑ may still be being committed by Defendant.

12.                          Plaintiff:
      ☐ still works for Defendant
      ☑ no longer works for Defendant or was not hired

13.   If this is a *disability-related claim*, did Defendant deny a request for a reasonable
      accommodation?
      ☑ Yes         ☐ No


      Explain:  Plaintiff was on an approved FMLA and requested that no meetings be setup while on leave. Defendant's

      continue to required Plaintiff to attend meetings, up to terminating the Plaintiff for not showing up for an in-person meeting


## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant
the following relief to Plaintiff: (check any and all that apply)
      ☐ Defendant be directed to employ Plaintiff
      ☐ Defendant be directed to re-employ Plaintiff
      ☐ Defendant be directed to promote Plaintiff
      ☐ Defendant be directed to _____

4

☐ Injunctive relief (please explain): _____

☐ Monetary damages (please explain): _____

☑ Costs and fees involved in litigating this case

☑ As additional relief to make Plaintiff whole, Plaintiff

seeks: the Defendant to pay $300,000 for compensatory and punitive damages.

_____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 12 day of May , 20 23 .

Signature of Plaintiff

William Oscar Ward

Name (Print or Type)

928 E. 52nd St S

Address

Wichita, KS 67216

City State Zip Code

(316) 293-9713

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita, ☐ Kansas City, ☐ Topeka}, Kansas as the location for the trial in
(Select One Location)

this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.    ☑ Yes    ☐ No
(Select One)

Signature of Plaintiff

Dated: _____
(Rev. 10/15)

5