**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **WILLIAM OSCAR WARD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 6:23-cv-01091-HLT-BGS** |
| | ) |
| **WESLEY MEDICAL CENTER, LLC, and** | ) |
| **HCA HEALTHCARE, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS AND MOTION FOR**

**COURT APPROVAL TO USE SKRIBE AI FOR DEPOSITIONS**

**COMES NOW,** William O. Ward, pro se Plaintiff, and respectfully responds to Defendants' objections regarding the use of Skribe AI for the depositions of Lisa Clark and the HCA Corporate Representative.

**1. Background**

Plaintiff informed Defendants on October 8, 2024, of the intention to use Skribe AI for the deposition of Lisa Clark and the HCA Corporate Representative. The notice for Lisa Clark's deposition was sent on October 10, 2024, and the notice for the HCA Corporate Representative deposition was submitted on October 16, 2024. Defendants delayed their objection, using it as a last-minute tactic, knowing Plaintiff's disability, severe anxiety, and limited funds as a pro se litigant.

**2. Response to Objections**

- **Uncertified Deposition**: Plaintiff proposes using Skribe AI with a notary liaison to ensure the integrity of the deposition, similar to a stenographer. This method aligns with

the flexibility allowed under the Federal Rules of Civil Procedure, specifically Rules 30(b)(4) and 30(b)(5). In *Shockey v. Huhtamaki, Inc.*, 280 F.R.D. 598 (D. Kan. 2012), the court permitted videoconference depositions, demonstrating flexibility in deposition methods.

- **Untimely Document Requests**: The requested documents are crucial for the depositions and were not anticipated earlier. Plaintiff seeks the court's understanding and flexibility in allowing these requests to ensure a fair process. In *Barrera v. Moore*, CIV 00-553 BB/KBM ACE (D.N.M. Jun. 15, 2001), the court noted that untimely objections could be excused for good cause, supporting flexibility in document requests. Additionally, *Pueblo of Jemez v. United States*, CIV 12-0800 JB/JHR (D.N.M. Oct. 3, 2018), allowed a motion to compel document production after the discovery deadline to ensure fairness.

## 3. Justification for Skribe AI

- Skribe AI provides accurate and reliable transcription services, as detailed in the attached admissibility assurance document.
- A notary liaison will swear in the witness and host, maintaining the integrity of the deposition.
- Zoom will be used for remote depositions, consistent with standard practices.
- A final transcript, proofread by a real person, will be submitted to the court.
- If the transcript is not acceptable, Skribe AI offers an admissibility assurance and will hire a stenographer at their own expense to ensure admissibility.
- Financial constraints prevent Plaintiff from hiring a stenographer.
- As a pro se litigant with limited funds, this program allows Plaintiff a level playing field against a corporate defendant.

**4. Request for Extension**

If the court does not approve the use of Skribe AI, Plaintiff requests an extension of one to two months to arrange for a stenographer and secure the necessary funds. The company currently used does not offer stenographer services, and additional time and money are needed to set this up.

**5. Commitment to Fairness**

Plaintiff is committed to complying with court procedures and ensuring fairness and justice in these proceedings. The intention is not to cause any more delays but to facilitate a fair and efficient process.

**6. Conclusion**

Plaintiff respectfully requests that the Court grant approval to use Skribe AI for both depositions and allow the requested documents to be produced. If this request is not granted, Plaintiff will need an extension to arrange alternative deposition methods, which could cause significant delays.

By: s/ *William O. Ward*
William O. Ward
928. E. 52nd St S.
Wichita, KS 67216
(316) 293-9713
Woward1986@yahoo.com
PRO SE PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that **on October 21**, **2024,** the foregoing was filed with the Court via the CM/ECF system, which sent notice to the following party:

Timothy J. Davis (KS #24901)
Sarah R. Holdmeyer (KS #27584)
Tyler J. Briggs
1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3200 telephone
(816) 374-3300 facsimile
tim.davis@bclplaw.com
sarah.holdmeyer@bclplaw.com
tj.briggs@bclplaw.com

By: s/ *William O. Ward*
  William O. Ward
  928. E. 52nd St S.
  Wichita, KS 67216
  (316) 293-9713
  Woward1986@yahoo.com
  PRO SE PLAINTIFF